# United States District Court
## STATE AND DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA | **CRIMINAL COMPLAINT** |
| V. | Case Number: 07-MJ-552 JSM |
| (01) DONALD ANTHONY JACKSON <br> (02) KELSIE LYNN BECKLIN | |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about December 27, 2007 in Wright County, in the State and District of Minnesota defendant(s), aiding and abetting one another,

did by force, violence, and intimidation, take from the person or presence of a victim teller $4,100.00 in United States currency, which money belonged to and was in the care, custody, control, management, and possession of the Bank of Elk River located at 15800 88th Street NE, Otsego, Minnesota, which bank's deposits were then insured by the Federal Deposit Insurance Corporation,

in violation of Title 18 United States Code, Section(s) 2113(a).

I further state that I am a(n) Special Agent and that this complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

_Signature of Complainant_
Matthew Parker
FBI

Sworn to before me, and subscribed in my presence,

at Minneapolis, MN
_City and State_

Date: 12/31/07

The Honorable Janie S. Mayeron
UNITED STATES MAGISTRATE JUDGE
Name & Title of Judicial Officer

_Signature of Judicial Officer_

SCANNED
JAN — 2008
U.S. DISTRICT COURT MPLS

STATE OF MINNESOTA   )
                     )   ss.   AFFIDAVIT OF MATTHEW PARKER
COUNTY OF HENNEPIN   )

I, Matthew Parker, having first been duly sworn under oath, states the following is true and correct to the best of my knowledge and belief:

1. I am a Special Agent of the Federal Bureau of Investigation and have been employed in this capacity for over eight years. I am responsible for the enforcement of the laws of the United States, including laws related to bank robbery. I am currently assigned to the Violent Crime Major Offender Squad. The following is based on my personal investigation, experience, knowledge and observations; the investigation of other law enforcement officers; and upon discussions with persons as set forth herein. This affidavit does not contain every fact learned during the course of this investigation.

2. On December 27, 2007, at approximately 2:18 p.m., a white female entered the Bank of Elk River, located at 15800 88th Street NE, Otsego, Minnesota, and looked around the bank but did not conduct any bank business. An employee of the bank who reviewed bank surveillance video recognized the woman as an acquaintance named Kelsie Lynn Becklin, born 07/22/1986.

3. On December 27, 2007, at approximately 5:00 p.m., a teller at the Bank of Elk River, located at 15800 88th Street NE, Otsego, Minnesota, the deposits of which are insured by the Federal Deposit Insurance Corporation, was approached by a lone black male.

The man verbally told the teller to give him all the money. The teller complied with the demands and handed the robber $4,100.00 in U.S. currency from the teller drawer. The robber then put the money in a white plastic grocery bag and exited the bank.

4. After the robber left, the robber was seen leaving in a pick-up truck parked on a street adjacent to the bank. One of the witnesses stated that the truck was one color but that the fender or door on it was red. One witness reported seeing a blonde female in the truck.

5. Investigators located the parents of Kelsie Becklin. Becklin's parents stated that Becklin had left their house between 2:00 p.m. and 4:00 p.m. on December 27th, and that she was driving a blue 1991 Chevrolet S-10 pick up truck that had a red door and fender. Her parents stated they had not seen her since she left the house that day. Becklin's parents also described the clothing that Becklin was wearing when she left the house. Investigators compared the clothing description given by Becklin's parents to the clothing of the woman seen in video surveillance at the bank at 2:18 p.m. and found them to match.

6. Becklin's parents told investigators that Becklin's boyfriend is a black male named Donald Anthony Jackson, born 10/08/1987. Becklin's parents provided investigators with a photograph of Kelsie Becklin and Donald Jackson. Investigators determined that the woman in the bank at 2:18 p.m. appeared to be

the same woman depicted in the photograph provided by Becklin's parents. Investigators also determined that descriptions of the robber given by witnesses at the scene appeared to be very similar to the man depicted in the photograph provided by Becklin's parents.

7. Investigators prepared a six-person sequential photographic array which included a photograph of Donald Jackson. Two witnesses, including a bank employee and a bank customer, were shown the photographic array. Both identified Jackson as the man who robbed the bank.

8. On the evening of December 29, 2007, Jackson and Becklin turned themselves in to the Sherburne County Sheriff's Office. They were then transported to the Wright County Jail on local warrants for robbery. Jackson spoke to investigators, including your affiant, at the Wright County Jail. He stated that he had robbed the Bank of Elk River in Otsego in order to repay a debt that he owed. He further stated that Becklin drove him to and from the robbery and that she knew he was going into the bank to rob it.

9. Based on these facts, your affiant believes that Donald Anthony Jackson, 20, and Kelsie Lynn Becklin, 21, committed bank robbery in violation of Title 18, United States Code, Section 2113(a).

Further, your affiant sayeth naught.

Dated:   December 31, 2007

_____
Matthew Parker
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before
me on this 31st day of
December, 2007.

_____
Hon. Janie S. Mayeron
United States Magistrate Judge

4