## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | |
| Plaintiff, | Criminal No. 08-17 (2) (RHK/FLN) |
| v. | **ORDER FOR EXTENSION OF TIME TO FILE POSITION PLEADINGS** |
| Kelsie Lynn Becklin, | |
| Defendant. | |

The Defendant's Motion for Extension of Time (Doc. No. 73) is **GRANTED**.

**IT IS HEREBY ORDERED** that Position pleadings, are to be filed electronically with the Clerk of Court by July 2, 2008.

Dated: June 26, 2008
                                              s/Richard H. Kyle
                                              RICHARD H. KYLE
                                              United States District Judge